UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ROBLES URIBE, | ) | CASE NO. CV 08-3267-CJC (PJW) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOHN MARSHALL, WARDEN, ET AL. | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: February 9, 2009.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\URIBE, J 3267\Order accep r&r.wpd