UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBLES URIBE,<br><br>        Petitioner,<br><br>        v.<br><br>JOHN MARSHALL, WARDEN, ET AL.<br><br>        Respondent. | CASE NO. CV 08-3267-CJC (PJW)<br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 9, 2009.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\URIBE, J 3267\Judgment.wpd